NOTE:  This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**MASIMO CORPORATION,**
*Appellant*

**v.**

**APPLE INC.,**
*Appellee*

---

2022-2069, 2022-2070, 2022-2071, 2022-2072

---

Appeals from the United States Patent and Trademark Office, Patent Trial and Appeal Board in Nos. IPR2021-00193, IPR2021-00195, IPR2021-00208, IPR2021-00209.

---

### O R D E R

Upon consideration of the above-captioned appeals,

IT IS ORDERED THAT:

The appeals are consolidated, and thus one set of briefs should be filed for the four appeals.  The revised official caption   is   reflected   above.      The   Certified   Lists

2                                        MASIMO CORPORATION v. APPLE INC.


remain due September 7, 2022.

FOR THE COURT

<u>August 5, 2022</u>                     <u>/s/ Peter R. Marksteiner</u>
          Date                            Peter R. Marksteiner
                                          Clerk of Court