NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

**MASIMO CORPORATION,**
*Appellant*

v.

**APPLE INC.,**
*Appellee*

2022-2069, 2022-2070, 2022-2071, 2022-2072

Appeals from the United States Patent and Trademark Office, Patent Trial and Appeal Board in Nos. IPR2021-00193, IPR2021-00195, IPR2021-00208, and IPR2021-00209.

**ON MOTION**

**O R D E R**

Upon consideration of Apple Inc.'s unopposed motion for an extension of time, until February 21, 2023, to file the response brief,

IT IS ORDERED THAT:

The motion is granted.

FOR THE COURT

<u>January 11, 2023</u>
Date

<u>/s/ Peter R. Marksteiner</u>
Peter R. Marksteiner
Clerk of Court