**Nos. 22-2069, 22-2070, 22-2071, 22-2072**

# United States Court of Appeals for the Federal Circuit

**MASIMO CORPORATION,**

*Appellant,*

*v.*

**APPLE INC.,**

*Appellee.*

APPEAL FROM THE UNITED STATES PATENT AND TRADEMARK OFFICE, PATENT TRIAL AND APPEAL BOARD IN NOS. IPR2021-00193, IPR2021-00195, IPR2021-00208, IPR2021-00209

**NOTICE OF WITHDRAWAL OF APPEARANCE OF NON-PRINCIPAL COUNSEL ADI WILLIAMS AND REMOVAL FROM ELECTRONIC NOTIFICATION**

Lauren A. Degnan
Christopher Dryer
W. Karl Renner
Adi A. Williams
FISH & RICHARDSON P.C.
1000 Maine Ave., Suite 1000
Washington, DC 20024
Tel: (202) 783-5070
degnan@fr.com

Ashley Bolt
FISH & RICHARDSON P.C.
1180 Peachtree Street NE
21st Floor
Atlanta, GA 30309
Tel: (404) 892-5005

March 6, 2023

*Attorneys for Appellee Apple Inc.*

**PLEASE TAKE NOTICE** that the appearance of Adi A. Williams of the law firm Fish & Richardson P.C. on behalf of Appellee Apple Inc. in the above-captioned matter is hereby withdrawn and should be removed from electronic notification. *See* Fed. Cir. R. 47.3(c).

**PLEASE TAKE FURTHER NOTICE** that Apple Inc. will continue to be represented by Fish & Richardson P.C. and that Lauren A. Degnan has been duly and properly designated by the Court as the principal counsel on behalf of Appellee Apple Inc.

Dated: March 6, 2023

Respectfully submitted,

  /s/ Lauren A. Degnan
Lauren A. Degnan
Christopher Dryer
W. Karl Renner
Adi A. Williams
FISH & RICHARDSON P.C.
1000 Maine Ave., Suite 1000
Washington, DC 20024
Telephone: (202) 783-5070

Ashley Bolt
FISH & RICHARDSON P.C.
1180 Peachtree Street NE, 21st Floor
Atlanta, GA 30309
Telephone: (404) 592-5005

***Attorneys for Appellee Apple Inc.***

## CERTIFICATE OF SERVICE AND FILING

I certify that on March 6, 2023, I electronically filed the foregoing **NOTICE OF WITHDRAWAL OF APPEARANCE OF NON-PRINCIPAL COUNSEL ADI WILLIAMS AND REMOVAL FROM ELECTRONIC NOTIFICATION** using the Court's CM/ECF filing system.  Counsel for appellant were electronically served by and through the Court's CM/ECF filing system per Fed. R. App. P. 25 and Fed. Cir. R. 25(e).

                                         */s/ Lauren A. Degnan*
                                         Lauren A. Degnan