NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

_____

**MASIMO CORPORATION,**
*Appellant*

**v.**

**APPLE INC.,**
*Appellee*

_____

2022-2069, 2022-2070, 2022-2071, 2022-2072

_____

Appeals from the United States Patent and Trademark Office, Patent Trial and Appeal Board in Nos. IPR2021-00193, IPR2021-00195, IPR2021-00208, and IPR2021-00209.

_____

**ON MOTION**

_____

**O R D E R**

Upon consideration of Masimo Corporation's unopposed motion for an extension of time, until May 4, 2023, to file the reply brief,

2                          MASIMO CORPORATION v. APPLE INC.

IT IS ORDERED THAT:

The motion is granted.

                                    FOR THE COURT

April 7, 2023                       /s/ Peter R. Marksteiner
      Date                          Peter R. Marksteiner
                                    Clerk of Court